UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 1 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| JORDAN GILMORE, JOSEPH COAN, AND MEGAN ADAMS, | ) **4:15CR00219 RLW/NAB** |
| Defendants. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about May 11, 2015, within the Eastern District of Missouri,

**JORDAN GILMORE,
JOSEPH COAN, AND
MEGAN ADAMS,**

the Defendants herein, did receive, conceal, and unlawfully have in their possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the articles to have been stolen and taken.

In violation of Title 18, United States Code, Sections 1708 and 2.

                                                          A TRUE BILL.

                                                          _____

                                                          FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY BERRY, #014753 TN
Assistant United States Attorney